IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 2 8 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

| | |
|---|---|
| CHRISTOPHER DEAN HUBBARD, | ) |
| Plaintiff, | ) Case No. 7:11CV00085 |
| v. | ) |
| | ) **FINAL ORDER** |
| COMMONWEALTH, ET AL., | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

The clerk shall send a copy of this final order and the accompanying memorandum opinion to the plaintiff/petitioner.

ENTER: This 28th day of February, 2011.

_____
Chief United States District Judge